**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-843-GW(KSx) | Date | March 15, 2016 |
|---|---|---|---|
| Title | *Crispin Luna v. Residential Credit Solutions, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On March 4, 2016, this Court issued an Order to Show Cause ("OSC") to Defendant Residential Credit Solutions, Inc. ("Residential") that required it to provide citations to controlling precedent (*i.e.* Supreme Court or Ninth Circuit cases) which would demonstrate that the approach which this Court has taken in the past (*i.e.* that use of the California non-monetary status procedure does not impact diversity of citizenship considerations in federal court) is incorrect. *See* Docket No. 17. Residential has provided a response, but it fails to cite to any such controlling precedent. *See* Docket No. 25. Consequently, for reasons stated in the OSC, this action is dismissed for lack of subject matter jurisdiction and remanded back to state court.

:

Initials of Preparer    JG